# United States Navy–Marine Corps Court of Criminal Appeals

—————————————

**UNITED STATES**
*Appellee*

v.

**Bradley D. DOTSON**
**Aviation Ordnanceman Airman Apprentice (E-2),**
**U.S. Navy**
*Appellant*

—————————————

**No. 201800273**

—————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Decided*: 25 January 2019.

—————————————

*Military Judges:*
Commander Jonathan T. Stephens, JAGC, USN (arraignment);
Captain Aaron C. Rugh, JAGC, USN (trial).

*Approved Sentence:* Confinement for six months and a bad-conduct discharge.[1] Sentence adjudged 12 June 2018 by a special court-martial convened at Naval Base San Diego, California consisting of a military judge sitting alone.

*For Appellant:*
Lieutenant Commander Jacqueline M. Leonard, JAGC, USN.

*For Appellee:* Brian K. Keller, Esq.

—————————————

---

[1] The Convening Authority suspended confinement in excess of six months pursuant to a pretrial agreement.

**This opinion does not serve as binding precedent under NMCCA Rule of Practice and Procedure 30.2(a).**

_____

Before HUTCHISON, LAWRENCE, and ELLINGTON,
*Appellate Military Judges*

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). However, we note that the court-martial order (CMO) does not accurately reflect the appellant's pleas. Although we find no prejudice from this scrivener's error, the appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998). Accordingly, the convening authority shall issue a supplemental CMO reflecting that the appellant pleaded Not Guilty to Specification 2 of Charge III.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court